**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Perimeter Outpatient Surgery Associates, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 58-2430839 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 135 Black Gum Lane | 5673 Peachtree Dunwoody Rd |
| Number   Street | Number   Street |
| | Ste. 825 |
| | P.O. Box |
| Blue Ridge       GA    30513 | Atlanta       GA    30342 |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fannin County | |
| County | Number   Street |
| | |
| | City          State   ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor  Perimeter Outpatient Surgery Associates, Inc._____  Case number (if known)_____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   6214

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
    - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
        District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes.  Debtor  Perimeter Orthopaedics , P.C._____  Relationship  Affiliate_____
        District  NDGa_____  When  05/17/2023
                                         MM / DD / YYYY
        Case number, if known  23-20554_____

Debtor    Perimeter Outpatient Surgery Associates, Inc.                                   Case number (*if known*)_____
         Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number          Street

_____

_____     _____     _____
City                                                             State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

   Contact name   _____

   Phone          _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor  Perimeter Outpatient Surgery Associates, Inc.                    Case number (if known)_____
        Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/16/2023
            MM / DD / YYYY

✘ /s/ Michael Corsaro                              Michael Corsaro
Signature of authorized representative of debtor    Printed name

Title  Corporate Designee

**18. Signature of attorney**

✘ /s/ William Rountree                              Date  05/16/2023
Signature of attorney for debtor                          MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number    Street

Atlanta                                    GA         30329
City                                       State      ZIP Code

404-584-1238                               wrountree@rlkglaw.com
Contact phone                              Email address

616503                                     GA
Bar number                                 State

**Fill in this information to identify the case:**

Debtor name: Perimeter Outpatient Surgery Associates, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arthrex, Inc.<br>P.O. Box 403511<br><br>Atlanta, GA, 30384-3511 | (800) 595-4165 | Suppliers or Vendors | | | | 128,529.99 |
| 2 | RREEF America REIT II Corp. III<br>c/o Transwestern<br>P.O. Box 6233<br><br>Hicksville, NY, 11802-6233 | (404) 467-6555 | Landlord | Disputed<br>Unliquidated<br>Contingent | | | 112,396.71 |
| 3 | DePuy Synthes Sales, Inc.<br>1302 Wrights Lane East<br><br>West Chester, PA, 19380 | | Suppliers or Vendors | | | | 55,299.13 |
| 4 | Stewart & Associates<br>Three Dunwoody Park<br>Suite 118<br>Atlanta, GA, 30338 | (770) 396-9400 | Suppliers or Vendors | | | | 38,881.25 |
| 5 | American Express<br>PO Box 60189<br><br>City of Industry, CA, 91716-0189 | | Credit Card Debt | | | | 37,486.50 |
| 6 | Cardinal Health<br>Medical Products and Services<br>PO Box 730112<br>Dallas, TX, 75373-0080 | (800) 320-3973 | Suppliers or Vendors | | | | 35,489.41 |
| 7 | Stryker Instruments<br>21343 Network Place<br><br>Chicago, IL, 60673-1213 | (800) 253-3210 | Suppliers or Vendors | | | | 33,212.20 |
| 8 | Smith & Nephew Inc<br>PO Box 842935<br><br>Dallas, TX, 75284-2935 | 978-749-1000 | Suppliers or Vendors | | | | 26,728.01 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

| Debtor | Perimeter Outpatient Surgery Associates, Inc. | | Case number (*if known*) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Medline Industries<br>Dept CH 14400<br><br>Palatine, IL, 60055-44 | (800) 388-2147 | Suppliers or Vendors | | | | 23,243.22 |
| 10 | Home Health Care and CPR Services<br>P.O Box 870984<br><br>Stone Mountain, GA, 30087 | (678) 571-7890 | Suppliers or Vendors | | | | 22,477.52 |
| 11 | Orthofix<br>P.O. Box 849806<br><br>Dallas, TX, 75284-9806 | (800) 266-3349 | Suppliers or Vendors | | | | 19,600.00 |
| 12 | Stryker Flex Financial<br>25652 Network Place<br><br>Chicago, IL, 60673-1256 | | Suppliers or Vendors | | | | 14,500.00 |
| 13 | ALM Surgical Solutions<br>1735 Buford Hwy<br>Suite 215-1652<br>Cumming, GA, 30041 | | Suppliers or Vendors | | | | 14,250.00 |
| 14 | Novastep<br>P.O. Box 1291<br><br>Englewood Cliffs, NY, 07632 | | Suppliers or Vendors | | | | 11,101.00 |
| 15 | Zimmer Biomet<br>P.O. Box 277530<br><br>Atlanta, GA, 30384-7530 | | Suppliers or Vendors | | | | 10,155.55 |
| 16 | Anesthesia Surgical Consultants LLC<br>PO Box 808<br><br>Union City, GA, 30291-0808 | (678) 327-8381 | Suppliers or Vendors | | | | 9,000.00 |
| 17 | Total Scope South LLC<br>Accounts Receivable<br>17 Creek Parkway<br>Upper Chichester, PA, 19061 | | Suppliers or Vendors | | | | 8,700.80 |
| 18 | Perimeter Anesthesia<br>6114 Queens River Drive<br><br>Mableton, GA, 30125 | | Suppliers or Vendors | | | | 8,500.00 |
| 19 | JRF Ortho<br>PO Box 843549<br><br>Kansas City, MO, 64184-3549 | (877) 255-6727 | Suppliers or Vendors | | | | 8,256.00 |
| 20 | Zimmer US<br>14235 Collections Center Dr.<br><br>Chicago, IL, 60693 | | Suppliers or Vendors | | | | 8,150.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Perimeter Outpatient Surgery Associates, Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/16/2023__
MM / DD / YYYY

✗ __/s/ Michael Corsaro__
Signature of individual signing on behalf of debtor

__Michael Corsaro__
Printed name

__Corporate Designee__
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

12five Capital FBO Nvision Biomedical Technologies, Inc.
PO Box 962
South Bend, IN 46624

ALM Surgical Solutions
1735 Buford Hwy
Suite 215-1652
Cumming, GA 30041

American Express
PO Box 60189
City of Industry, CA 91716-0189

Anesthesia Surgical Consultants LLC
PO Box 808
Union City, GA 30291-0808

Anika Therapeutics, Inc
PO Box 748445
Atlanta, GA 30374-8445

Arthrex, Inc.
P.O. Box 403511
Atlanta, GA 30384-3511

Aspen Surgical Products, Inc.
3998 Reliable Parkway
Chicago, IL 60686-3009

Axogen
Dept 3830
PO Box 123830
Dallas, TX 75312-3830

Besse Medical/ASD Specialty Healthcare, LLC.
345 International Blvd.
Ste#: 400A
Brooks, KY 40109-6200

Cardinal Health
Medical Products and Services
PO Box 730112
Dallas, TX 75373-0080

Cartiva, Inc.
Dept 3846
PO Box 123846
Dallas, TX 75312-3846

Central Sterile Medical
7421 Douglas Blvd
Suite N125
Douglasville, GA 30135

CHUBB Group of Insurance Companies
3440 Toringdon Way
Suite 307
Charlotte, NC 28277

CMoore
P.O.Box 2172
Cartersville, GA 30120

Conduent Payment Integrity Solutions
Attn:  Refund Department
PO Box 30115
Salt Lake City, UT 84130-0115

ConMed
PO Box 300783
Chicago, IL 60630

Cotiviti
PO Box 952366
St.  Louis, MO 63195-2366

Coventry Healthcare of GA
C/O Cotivity Healthcare
P.O. Box 935005
Atlanta, GA 31193-5005

CrossRoads Extremity Systems, LLC
PO Box 75260
Chicago, IL 60675-5260

DePuy Synthes Sales, Inc.
1302 Wrights Lane East
West Chester, PA 19380

Evologics, LLC.
4766 Research Dr
San Antonio, TX 78240

Exactech
PO Box 674141
Dallas, TX 75267-4141

Extremity Medical
300 Interpace Parkway
Suite 410
Parsippany, NJ 07054

Fusion Orthopedics, LLC
4135 S Power Rd.
Suite 118
Mesa, AZ 85212

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Society of Ambulatory Surgery Centers
1400 Village Square
Blvd #3-175
Tallahassee, FL 32312

Gilreath Service Company
1512 Commercial Court
Jonesboro, GA 30238

Heathplex
333 Earle Ovington Blvd.
Suite 300
Uniondale, NY 11553

Henry Schein
PO Box 371952
Pittsburgh, PA 15250-7952

Hewatt Electrical Contractors
4785 Lee Waters Road
Marietta, GA 30066

HMS
PO Box 952366
St Louis, MO 63195-2366

Home Health Care and CPR Services
P.O Box 870984
Stone Mountain, GA 30087

Hydrocision, Inc.
267 Boston Rd Ste 28
North Billerica, MA 018622310

ImageFIRST
PO Box 748385
Atlanta, GA 30374-8385

Injury Finance
4582 S Ulster St
Ste 1230
Denver, CO 80237

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree St. NW
Stop 334-D
Atlanta, GA 30308

Johnson & Johnson Health Care Syste
P.O. Box 406663
Atlanta, GA 30384-6663

Joint Ventures, Inc.
3020 Pipeline Rd
Vestavia Hills, AL 35243

JRF Ortho
PO Box 843549
Kansas City, MO 64184-3549

Key Surgical
Attn: Accounts Receivable
PO Box 74809
Chicago, IL 60694-4809

Lamont Hanley & Assoc
1138 Elm Street
Manchester, NH 03105

MARS
1319 Brady Porth Road
Lexington, SC 29072

Maxair Inc.
814 Livingston Court
Marietta, GA 30067

McKesson Corporation
6651 Gate Parkway
Jacksonville, FL 32256

McKesson Medical Surgical
P.O. Box 634404
Cincinnati, OH 45263-4404

Medartis
224 Valley Creek Blvd
Ste. 100
Exton, PA 19341

Medline Industries
Dept CH 14400
Palatine, IL 60055-44

Millennium Surgical Corp
PO Box 775385
Chicago, IL 60677-5385

nexAir LLC
PO Box 125
Memphis, TN 38101-0125

Novastep
P.O. Box 1291
Englewood Cliffs, NY 07632

Orthofix
P.O. Box 849806
Dallas, TX 75284-9806

Orthopaedic Implant Company
316 California Ave #701
Reno, NV 89509

Ossio
300 Trade Center Drive, Suite 3690
Woburn, MA 01801

Perimeter Anesthesia
6114 Queens River Drive
Mableton, GA 30125

Perimeter Orthopaedics, P.C.
5673 P'tree Dunwoody

Suite 825
Atlanta, GA 30342

RREEF America REIT II Corp. III
c/o Transwestern
P.O. Box 6233
Hicksville, NY 11802-6233

Saint Joseph's Hospital
Attn: Deborah Adams, ESJH Finance
550 Peachtree St NE, Orr Building, 9th Floor
Atlanta, GA 30308

Smith & Nephew Inc
PO Box 842935
Dallas, TX 75284-2935

Southern Orthopaedics, LLC
5825 Glenridge Dr NE
Bldg 1, Suite 123
Atlanta, GA 30342

Stericycle, Inc.
PO Box 6582
Carol Stream, IL 60197-6582

Steris Corporation
P.O. Box 676548
Dallas, TX 75267-6548

Stewart & Associates
Three Dunwoody Park
Suite 118
Atlanta, GA 30338

Stryker Flex Financial
25652 Network Place
Chicago, IL 60673-1256

Stryker Instruments
21343 Network Place
Chicago, IL 60673-1213

Total Scope South LLC
Accounts Receivable
17 Creek Parkway
Upper Chichester, PA 19061

U. S. Securities and Exchange Commission
Office of Reorganization, Ste. 900
950 E. Paces Ferry Road NE
Atlanta, GA 30326-1382

United States Attorney General
US Department of Justice, C/o Merrick Garland
950 Pennsylvania Ave NW
Washington, DC 20530


United States Attorney
600 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


Wells Fargo Equipment Finance
PO Box 77101
Minneapolis, MN 55480


Zimmer Biomet
P.O. Box 277530
Atlanta, GA 30384-7530


Zimmer US
14235 Collections Center Dr.
Chicago, IL 60693

United States Bankruptcy Court

Northern District of Georgia

In re: Perimeter Outpatient Surgery Associates, Inc.

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/16/2023

/s/ Michael Corsaro
Signature of Individual signing on behalf of debtor

Corporate Designee
Position or relationship to debtor